American National Bank & Trust Co. Under Trust #13303, by Herbert S. Kamin, Jr., Agent, Plaintiff-Appellee, v. Lowell Charles Bergstedt, Defendant-Appellant.

Gen. No. 52,514. (Abstract of Decision.)

First District, Second Division.

December 22, 1967.

Lowell Charles Bergstedt, pro se, of Chicago, appellant; no brief filed for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.